UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN J. JAWAD,<br><br>                              Plaintiff,<br><br>        v.<br><br>M. SOTO, et al.,<br><br>                              Defendants. | Case No. 1:22-cv-00238-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S SECOND APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF No. 6) |

Ryan Jawad ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this action.

On February 25, 2022, Plaintiff filed an application to proceed *in forma pauperis*. (ECF No. 2). On March 1, 2022, the Court granted Plaintiff's application. (ECF No. 5). On March 2, 2022, the Court received a second application to proceed *in forma pauperis* from Plaintiff.

As the Court granted Plaintiff's first application to proceed *in forma pauperis*, IT IS HEREBY ORDERED that Plaintiff's second application to proceed *in forma pauperis* (ECF No. 6) is DENIED as moot.

IT IS SO ORDERED.

Dated:   **March 3, 2022**                    /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

1