UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN J. JAWAD, | No. 1:22-cv-00238-AWI-EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| M. SOTO, et al., | (ECF Nos. 1, 8, & 11) |
| Defendants. | |

Ryan Jawad ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 25, 2022, the assigned magistrate judge entered findings and recommendations, recommending "that all claims and defendants be dismissed, except for Plaintiff's Eighth Amendment excessive force claim against defendant Soto." (ECF No. 11, p. 2).

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline for filing objections has passed and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

1

Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on May 25, 2022, (ECF No. 11), are adopted in full;
2. All claims and defendants are dismissed, except for Plaintiff's Eighth Amendment excessive force claim against defendant Soto; and
3. The Clerk of Court is directed to reflect the dismissal of defendant T. Marquez on the Court's docket.

IT IS SO ORDERED.

Dated:  July 15, 2022                                    _____
                                                                        SENIOR DISTRICT JUDGE