UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN J. JAWAD,<br><br>      Plaintiff,<br><br>  v.<br><br>M. SOTO,<br><br>      Defendant. | Case No. 1:22-cv-00238-AWI-EPG (PC)<br><br>ORDER DIRECTING DEFENDANT TO FILE ANSWER<br><br>(ECF No. 15)<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON SUPERVISING DEPUTY ATTORNEY GENERAL LAWRENCE BRAGG |

On June 20, 2022, defendant Soto filed a waiver of service of summons. (ECF No. 15). Defendant Soto noted that he had sixty days from May 26, 2022, to file a responsive pleading. (Id.). This sixty-day deadline has passed, and defendant Soto has not filed a responsive pleading.

Accordingly, IT IS ORDERED that:

1. Defendant Soto has seven days from the date of service of this order to file his responsive pleading. If Defendant fails to file his responsive pleading by this deadline, the Court will direct the Clerk of Court to enter his default.
2. The Clerk of Court is directed to serve a copy of this order on Supervising Deputy Attorney General Lawrence Bragg.

IT IS SO ORDERED.

Dated: **July 29, 2022**             /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE