UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN J. JAWAD,<br><br>          Plaintiff,<br><br>     v.<br><br>M. SOTO,<br><br>          Defendant. | Case No. 1:22-cv-00238-AWI-EPG (PC)<br><br>ORDER GRANTING DEFENDANT'S SECOND REQUEST FOR AN EXTENSION OF TIME, *NUNC PRO TUNC*, TO EXTEND DEADLINE TO OPT OUT OF POST-SCREENING ADR PROJECT<br><br>(ECF No. 22)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO OPT OUT OF AN EARLY SETTLEMENT CONFERENCE<br><br>(ECF No. 23) |

This matter has been referred for an early settlement conference. (ECF No. 16). On November 7, 2022, Defendant filed his second request to extend the deadline to opt out of the early settlement conference, *nunc pro tunc*, to November 8, 2022. (ECF No. 22). "Although Defendant intended to opt out of the Court's post screening ADR project on November 3, 2022, this deadline was missed due to inadvertent administrative error." (Id. at 3). Defense counsel also "apologizes to the Court and Plaintiff for any inconvenience this late filing has caused." (Id.).

On that same day, Defendant filed a request to opt out of the early settlement conference. (ECF No. 23). According to Defendant, Defense counsel "has conducted a preliminary investigation of Plaintiff's claims and has determined that a settlement conference will not be

1

productive at this time, and would like to opt out of the Court's post-screening ADR project." (Id. at 2).

The Court will grant Defendant's motion for an extension of time to opt out of an early settlement conference, as well as Defendant's to request to opt out of an early settlement conference.[1]   A settlement conference may be scheduled at a later date, if appropriate.

Accordingly, it is ORDERED that Defendant's request to opt out of an early settlement conference (ECF No. 23) is deemed timely filed, and is GRANTED.

IT IS SO ORDERED.

Dated:   **November 9, 2022**                    /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to the order regarding early settlement conference (ECF No. 16), Defendant did not need to file a request to opt out of the early settlement conference.  Instead, Defendant should have filed a notice that Defendant is opting out of an early settlement conference.