UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN J. JAWAD, | Case No. 1:22-cv-00238-AWI-EPG (PC) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE SCHEDULING AND DISCOVERY STATEMENT |
| v. | |
| M. SOTO, | TWENTY-ONE-DAY DEADLINE |
| Defendant. | (ECF No. 26) |
| | ORDER DIRECTING CLERK TO SEND PLAINTIFF COPY OF ORDER REQUIRING STATEMENTS FROM PARTIES REGARDING SCHEDULE AND DISCOVERY (ECF NO. 26) |

On November 9, 2022, the Court issued an order requiring the parties to submit scheduling and discovery statements within thirty days. (ECF No. 26). On December 15, 2022, Defendant filed his scheduling and discovery statement. (ECF No. 28). Plaintiff did not file a scheduling and discovery statement, and his deadline to do so has passed.

The Court will grant Plaintiff an additional twenty-one days to file his scheduling and discovery statement and will direct the Clerk of Court to send Plaintiff a copy of the order requiring statements from parties regarding schedule and discovery. The Court notes that if Plaintiff fails to file his statement within this twenty-one-day period, the Court may issue findings and recommendations to the assigned district judge, recommending that this action be dismissed, without prejudice, for failure to prosecute and failure to comply with court orders.

1

Accordingly, IT IS ORDERED that:

1. Plaintiff has twenty-one days from the date of service of this order to file his scheduling and discovery statement;
2. Failure to comply with this order may result in the dismissal of this action; and
3. The Clerk of Court is directed to send Plaintiff a copy of the order requiring statements from parties regarding schedule and discovery (ECF No. 26).

IT IS SO ORDERED.

Dated: **January 5, 2023**      /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2