UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN J. JAWAD,<br><br>           Plaintiff,<br><br>      v.<br><br>M. SOTO,<br><br>           Defendant. | Case No. 1:22-cv-00238-AWI-EPG (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED ON FEBRUARY 9, 2023<br><br>(ECF No. 32) |

Ryan Jawad ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 9, 2023, the Court issued findings and recommendations, recommending that this action be dismissed, without prejudice, because Plaintiff failed to file his scheduling and discovery statement, despite being ordered to do so by the Court twice. (ECF No. 32). On that same day, the Court received Plaintiff's scheduling and discovery statement. (ECF No. 33).[1]

Accordingly, the Court will vacate its findings and recommendations and issue a scheduling order in due course. However, the Court warns Plaintiff that failure to comply with Court orders may result in the imposition of sanctions, up to and including dismissal of this

---

[1] The proof of service states that Plaintiff served the statement on January 17, 2023. (ECF No. 33, p. 6).

1

case.

    Based on the foregoing, IT IS ORDERED that the findings and recommendations issued on February 9, 2023 (ECF No. 32), are VACATED.

IT IS SO ORDERED.

    Dated:   **February 10, 2023**        /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE