UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN J. JAWAD,<br><br>        Plaintiff,<br><br>    v.<br><br>M. SOTO, et al.,<br><br>        Defendants. | No. 1:22-cv-00238-JLT-EPG (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On November 6, 2023, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **November 6, 2023**

UNITED STATES MAGISTRATE JUDGE