**FILED**

NOV 06 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN J. JAWAD,<br><br>  Plaintiff,<br><br>  v.<br><br>M. SOTO, et al.,<br><br>  Defendants. | No. 1:22-cv-00238-JLT-EPG (PC)<br><br>ORDER THAT INMATE RYAN J. JAWAD IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Ryan J. Jawad is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on November 6, 2023. Inmate Ryan J. Jawad, CDCR #BD-6277, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 11/6/23

_____
UNITED STATES MAGISTRATE JUDGE